IN THE United States District Court
For the Western District of Virginia
Roanoke Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 29 2021

JULIA C. DUDLEY, CLERK
BY: A Beeson
DEPUTY CLERK

"Daniel Norbert Halter" (Representing, class,
Plaintiff
Jason Vaughen
Chris Blankenship
Kim Campell               Leroy Benton
Nelson Levia              Marquis Veney
Christopher Balser        Brett Rhodes
Daniel Goepel             John Gillespie
Shane Campbell            Kenneth Knight
Robert Dyson              ~~Anthony B~~
Scott Baber               Anthony Brement
Asher Amporful            Scott Mccray
Loren Varner              Luis Jaime Blas
Anthony Bender            Justin Morrison
Marco Hernandez           Kareem Crawford
Roy Jackson               Justin Bradley
Travis Blackwell
Michael Summers
Darius Swales
Derek Allen
~~Gary No~~
Gary Norcross
~~........~~, class members

Civil Action No.

(TC)

7:21CV63

Middle River Regional Jail Authorities = M.R.R.J.A
Augusta County, Rockingham County, City of Staunton
City of Waynesboro, City of Harrisonburg, Superintendent Jeffrey Newton
~~Defendants~~ in their official capacity, and or municpalities
        Defendants,

Breif and motion

Now comes The Plaintiff Daniel Norbert Halter The 22 day of January 2021 year of our lord, Bring His complaint under USC. 1983, venue is proper for plaintiff is Housed A middle River Regional Jail. under prison litigation Reform act plaintiff Has exausted all grievance procedure. And Now Requests The Honorable Courts Bring his action under Civil Rights complaint. Also Request That plaintiff Be forwarded The The following application to Proceed in forma pauperis Also Request That The courts Allow The courts to Certify This as class action, and Also Request The Honorable courts to Allow an Injuction to Release plaintif, and prevent irreparable Harm.

I will Now Proceed in The form of profer, And Bring to light How Defendants violated plaintiffs constitutonal Rights 8th ammendment cruel and cnusal punishment. Back in December plaintitts contracted covid 19. it went from 1 inmate to 43 in 7 days, testing possitive with symptoms, eighth ammendment protects inmates to Be Held in Safe conditions, Protecting case law See youngberg v. wolfish Holding That pretrial Detainess may Be Held in custody So long as Thoes conditions and Restrictions of confinment do Not ammount to punishment.
Defendants acted in Their official capacity and By creating implementing policies and practices Have Shall

By The ammont of time woirking hear and of Designing Jails and Rules to Plotect Inmates, As any proffesional establisment, Shall Use common Scence, AND Not disregaurd The Health and Safety of inmates as exsplained in greviances. And As mating Comments like "You are going to get Covid any way, or why should I change my gloves after every pill call cup touched, is No Difeient Then Saying why Should I change my gloves after every Surgerory I perform, This State of mind Threw out The entire course of action up to date Demonstrats Defendants Rechless State of mind to protect plaintiffs.

Request For class action Request in light met Requirmens for certification Because The overall Subclass consisted of Hundreds of inmates, "out side of The 31 Sworn Statments attached." All of which Have Been "exsposed and "tested positive" For Covid 19 and That covid 19 Causes irapairaBle harm in The Future, Such as loss of taste oR Smell, And as PuBlished in "ANNals of Neurology can Hurt Your Brain, Neurological Symptoms, autoimune reactions, organ Failur, Defendants Failure to protect inmates From virus Satifys (Fed. R. Civ p 23 (B) (2) Plaintiff are entitled to inSuction Relief because Plaintiff Has Demonstrated A likelihood of Success Based on Sufficient Serious medical Need in The Future, presented By covid 19 vilus and The DiliBerate inditerence Shown by Defendants in Failing to follow clear guide lines From Center From Disease Control. Pettitioner

Be HelD liaBle, under 13 B M.J municipal Corporations § 108 Hospitials and prisons, States" where A municipal corporation establishes A jail under the Authority of a State law giving the city permissive Power only. where the Jail was Not subject to state Regulation as regards to health and Sanitation, failure By the municipal corporation to maintain A jail properly is grounds for Damages for injury to Prisoners due to unsanitary conditions of a jail.

Defendants policies as far as laundry collection and Distrcbution, cross contaminating clean laundry By acts of whereing Dirty gloves, gloves worn to collect Dirty laundry, also this Same act when it comes to Distrcbution of medication By Staff, and A policies That has Been changed, milk Distrcbution, and Huving to where the Same JumpSuit for 5 days, This and other Rules and Regulations Such as mandatory to Stand for Count, and where Jumpsuits in day areas, But not Mandating Covid 19 masks to Be worn By inmates, or Social distancing Demonstraits Staff Have the ability to create policies and punishments to enforce Rules, But not to create mandatory policies to Protect inmates Health and Saftey as far as Social Distancing and mask whering, and staff Not Being trained in cross contamination, National guard Had to where PPE Suits when they enterd the Jail But Not M.R.R.J.A Staff Demonstraits The Defendants where and are unaBle to take even the Basic Percautions aginst the

Virus. Defendants where aware of The Rists and Dislegarded Thoes Rists and acted with deliberate indifference to Plaintiffs Health and Safety.

examples Staff created Ruls in Hand Book that Prevents inmates From tattooing, and it caught Requires a Punishment. This Being is Because of contamination and spreed of Diease. Covid 19 is a serious virus and Staff Did not create policies to mandate mash whereing and other forms of protection That can Be inforced as other Rules are inforced.

And to Show That The Defendants acted with a culpable State of mind, The courts shall look at The Defendants entire course of action Befor and ofter The out Break, Greviances and 31 Sworn Statements aggreing to testify to The unSanitary conditions of The Jail and contracting Covid 19 while in custody will Demonstrait The State of mind and How Defendants Failed to Protect.

Threw Theese Policies and overall course of conduct By Defendants Shown Repeated Failures to enact adequate Social Distancing measures "That Betrayed a Systematic, Inst. pattern of Dillberate indifference. Allthough A facility Faced with A perfect Storm of contgious virus and Space Constraints in a facility whould take more Then Following "C.D.C" And Health Department guidlines, Staff and or Defendants taking on Roles of ADministraitors, and Professionals

Have met The 9 common Contention of Such, Have Suffered.
The Same inJury That is capable of class wise Resolution
This class action ReQuest will generate common answers
That are likely to Drive Resolution of The lawsuit
The class memBers are fairly encompesed By The
the named Plaintiffs Claim.

ReQuest for INJuction
unSanitary conditions of A Jail Becoming Breeding
grounds for Deadly virus as covid 19 Impacts The public
Public Because any virus Contracted in a facility
can Be Spread threw out The Comunity upon Release
In light Plaintiff Bring action on Behalf of Self
and class of all current and Future inmates medically
affected, and vulnerable, also to protect class and
Plaintiff in Resault Their are Future irraparible
Harm From Defendants exsposing class to Covid 19

ReQuest Restraining order, Preliminary inJuctions
Permenant inJuctions Requiring Respondents to
identify with in 24 hrs of court order and
Submit To The Courts a list of all medically
vulnerable, and inmates That tested positive for covid 19
And to Release Pretrial detainess within 24 hrs
So Dne can receieve Proper medical treatment for
Symptoms of irreparable harm from Jail conDitions
order to ensure mandatory Social distancing, mask
wherring for future Protection. Staff to Not cross

contaminate inmates threu lack of knowledge, for staff to take cross contamination certifications.
Request A Jury trial
And Defendants to Pay 90 million Dollars in Punitive damages, mental, emotional, Pain and Suffering, and Also to Set up accounts to Pay for class and plaintiffs medical conditions That may come up in The Future As Result of covid 19 exspoer.
Request lawyer and Part of INjuctions for Deffendants to implement New policies And Percautions Demonstrating How They are resolving The issues At hand. Also to Stop 90 millon exspansion By Jail.
I Swear under perjoury That The following to Be true to The Best of my understanding. And That I Have Personally witnessed How The Jail Has not Protected The Health and Safety of class and Plaintiff. Sworn under God

Signiture

1-22-21
Date

Daniel Halter

I, Justin Bra... contracted covid 19... while in The custody of M.R.R.J Due to The following unsanitary conditions of The Jail, and also For Not Being aBle to Social Distance Due to Jail Policies  See Detailed Discription Attached to Complaint

I swear under PerJury That The following to Be true to The Best of my understanding and I will testit to The Details in complaint if need Be

_____
Signiture

1-9-2021
_____
Date

Justin M Bradley
_____
Name

I Jason Andrew Vaughen Contracted covid 19 in Custody of M.R.R.J Due to The following unsanitary conditions of The Jail, and For Not Being aBle to Social Distance Due to Jail policies. See Detailed Discription attached to Complaint

I Swear under purjury That The Following to Be true to The Best of my understanding and I will testify to The Details in complaint If Need Be

Jason A. Vaughen
_____
Signiture

1/22/2021
_____
Date

Jason Andrew Vaughen
_____
Print

I Chris Blankenship Contracted Covid while in The custody
of M.R.R.J Due to the Following unsanitary conditions
of The Jail, and For Not Being able to Social
Distance Due to Jails Policies: See Detailed Discription
attached to Complaint

I Swear under perJury That The following to Be
true to The Best of my understanding and I will
testiFy to The Details in complaint if Need Be

_____
Signiture

_____
1-9-21
Date

_____
Chris Blankenship
Printed Name

I Kim campbell contracted Covid-19 while in the Custody of M.R.R.J Due to the following vnsANitary conDitions of the jail, and for Not Being able to Social Distance Due to Jails Policies. See Detailed Description Attached to complaint.

I swear under PerJury that the following to Be true to the Best of my understanding and I will testify to the Details in complaint IF Need Be.

_____
Signature

_____
1/9/21
DAte

_____
Kim Campell
Printed

I __Nelson Levia__ Contracted Covid 19 while in the
   Name

custody M.R.R.J Doe to The following unsanitary conditions
of The Jail. and For Not Being aBle to Social Distance
Due to Jails policies: See Detailed Discription
Attached to complaint.

I Swear under PerJury That The Following to Be
true to The Best of my understanding and I will
testify to The Details in complaint if Need Be

_____                    __1/9/21__
Signiture                                     Date

__Nelson Levia__
Printed

I, _CHRISTOPHER BALSER_ Contracted Covid 19 while in
Name

The custody of M.R.R.J Due to The Following unsanitary
conditions of M.R.R.J and For Not Being aBle to
Social Distance Due to Jails policies: See Detailed
Description Attached to complaint

I Swear under PerJury That The Following to
Be true to The Best of my understanding and I
will testify to The Details in complaint if Need Be

_Christoph Baler_
Signiture

_1-9-21_
Date

_CHRISTOPHER BALSER_
Printed Name

I Daniel Goepel          contracted 18 10 19 while in The
  Name

Custody of M.R.R.J Due to The Following unSanitary
conditions of The Jail, and For Not Being aBle to
Social Distance Due to Jails policies: See Detailed
Discription attached to complaint

   I Swear under perJury That The Following to
Be true to The Best of my understanding and
I will testify to The Details in complaint if
Need Be

_____                    _1-9-2021_
Signiture                                        Date


_Daniel Goepel_
Printed Name

I Daniel Halter contracted Covid 19 while in The custody of M.R.R.J. Due to The Following unsanitary conditions of The Jail, and for Not Being aBle to Social Distance Due to Jails policies. See Detailed Discription Attached to complaint,

I Swear under perJury That The following to Be true to The Best of my understanding and I Will testify to The Details iN complaint if Need Be

_____                          _1-8-21_____

Signiture                                                     Date

Daniel Halter
_____

Printed

I Shane Campbell contracted COVID 19 while in the custody
Name
of M.R.R.J Due to The Following unsanitary Conditions of
The Jail, and For Not Being aBle to Social Distance Due
to Jails Policies: See Detailed Discription attached to
Complaint

I Swear under perjury That The Following to
Be true to The Best of my understanding and I
will testify to The Details in Complaint if Need Be

_Shane Campbell_____                    _1/8/21____
Signiture                                    Date

Shane Campbell
Name Printed

I Robert Dyson contracted Covid 19 while in the custody of M.R.R.J. due to the following unsanitary conditions of the jail, and for not being able to Social Distance Due to Jails Policies. See Detailed Description Attached to complaint.

I swear under perjury that the following to Be true to the best of my understanding and I will testify to the Details in complaint if need Be

Robert Dyson
_____
Signiture

1./8/21
_____
Date

Robert Dyson
_____
Printed

I Scott Baber Contracted Covid 19 while in the custody of M.R.R.J due to the following unsanitary Conditions of the Jail, and for not being able to Social Distance Due to Jails Policies. See Detailed Discription Attached to complaint.

I swear under perJury That The following to Be true to the Best of my understanding and I will testify to the Details in Complaint if Need Be

_Scott Baber_
Signiture

_1/7/21_
Date

_Scott Baber_
Printed

I ASHER AMPORFUL Contracted Covid 19 while in the custody of M.R.R.J. Due to The following unsanitary conditions of the Jail, and for Not Being able to Social Distance Due to Jails Policies. See Detailed Discription Attached to complaint.

I swear under perjury That The following to Be true to the Best of my understanding and I Will testify to The Details in complaint if need Be

_Signiture_

1/9/21
_DATE_

ASHER AMPORFUL
Printed

I Loren Varner Contracted Covid 19 while in The custody of M.R.R.J Due to The following unsanitary conditions of the Jail, and for not Being able to Social Distance Due to Jails Policies. See Detailed Discription Attached to Complaint,

I swear under perjury That The following to Be true to the Best of my understanding and I will testify to the Details in Complaint if Need Be

_____
Signiture

1-9-2021
_____
Date

Loren Varner
_____
Printed

I  Anthony Bender        Contracted  Covid 19 while in The Custody of M.R.R.J Due to the Following unsanitary conditions of the Jail, and for Not Being able to Social Distance Due to Jails Policies. See Detailed Discription Attached to Complaint.

I swear under perJury That the following to Be true to the Best of my understanding and I will testify to the Details in Complaint if Need Be

_____
Signiture

1-9-21
_____
Date

Anthony Bender
_____
Printed

I Marco Hernandez Contracted Covid 19 while in The Custody of M.R.R.J. Due to the Following unsanitary conditions of the Jail, and for Not Being able to Social Distance Due to Jails Policies, See Detailed Discription Attached to Complaint.

I Swear under perjury That The following to Be true to the Best of my understanding and I will testify to The Details in Complaint if Need Be

_____

Signi ture

1/9/2021

Date

Marco Hernandez

Printed

I Roy Jackson Contracted Covid 19 while in The Custody of M.R.R.J. Due to the Following Unsanitary Conditions of the Jail, and for Not Being able to Social Distance Due to Jails Policies, See Detailed Description Attached to complaint.

I Swear under perjury That the following to Be true to the Best of my understanding and I will testify to The Details in Complaint if Need Be

_Roy Jackson_
Signiture

_1-9-21_
Date

_Roy Jackson_
Printed

I Travis L Blackwell Contracted Covid 19 while in The custody of M.R.R.J. Due to The following Unsanitary conditions of the Jail, and for Not Being able to Social Distance Due to Jails Policies. See Detailed Discription Attached to Complaint

I Swear under perjury That The following to Be true to The Best of my understanding and I will testify to the Details in complaint If need Be

Jron Blackwell

Signiture

1/9/21

Date

Travis L Blackwell

Printed

I, Michael S. Summers, contracted covid 19 while in the custody of M.R.R.J. Due to The following unsanitary conditions of the Jail, and for Not Being able to Social Distance Due to Jails Policies. See Detailed Discription Attached to complaint.

I Swear under PerJury That the1 following to be true to the best of my understanding and I will testify to the Details in complaint if Need Be

Michael S. Summers
Signiture

01-09-2021
Date

Michael S. Summers
Printed

I Darius Swales contracted Covid 19 while in the Custody of M.R.R.J due to the following unsanitary Conditions of the jail, and for not Being able to Social Distance Due to Jails Policies. See Detailed Description Attached to Complaint. I swear under Perjury that the following to be true to the best of my understanding and I will testify to the details in Complaint if need be.

DARIUS SWALES
Signature

1/9/2021
Date

Darius Swales
Printed

I Derek Allen contracted COVID-19 while in the custody of M.R.R.J. Due to the following unsanitary conditions of the jail and for not being able to Social distance due to jails policies. See detailed discription attached to complaint.

I swear under perjury that the following to be true to the best of my understanding and I will testify to the details in complaint if need Be

_Derek S. Allen_
Signature

_1/9/2021_
Date

_Derek S. Allen_
Printed

I Gary Norcross contracted Covid-19 while in the custody of M.R.R.J. due to the following unsanitary conditions of the jail, and for not being able to social distance due jail policies. See detailed description attached to complaint.

I swear under perjury that the following to be true to the best of my understanding and I will testify to details in complaint if need be.


___Gary Lm_____    ___1/9/2021_____
Signature                 Date


___Gary Norcross____
Printed

I LEROY BENTON contracted Covid-19 while in the custody of M.R.R.J due to the following, unsanitary conditions of the jail and for not being able to social distance due to jails policies. See detailed description attached to complaint.

I swear under perjury that the following to be true to the best of my understanding. and I will testify to the details in complaint if need be

_____
Signature

_____
1-9-21
Date

_____
LEROY BENTON
Printed

I Marquis Veney contracted Covid-19 while in the custody of m.R.R.J due to the following unsanitary conditions of the jail, and for not Being able to Social Distance due to jails policies. See detailed description attached to complaint.

I swear under perjury that the following to be true to the best of my understanding and I will testify to the details in complaint if need be

_____                    _____1/9/21_____
Signature                                            DAte


_Marquis Veney_
    Printed

I Brett Rhodes contracted Covid-19 while in the custody of M.R.R.J due to the following unsanitary conditions of the jail, and for not being able to Social distance due to jail policy. See detailed description attached to complaint.

I swear under Perjury that the following to be true to the best of my understanding and I will testify to the details in Complaint if need Be.

X  ~~Brett Rhodes~~
   Signature

1-9-21
Date

X  Brett Rhodes
   Printed

John Gillespie contracted Covid 19 while under the custody of M.R.R.J. Due to the following unsanitary conditions of the Jail, and for not Being able to Social Distance Due to Jails Policies. See Detailed Description Attached to Complaint.

I swear under perjury that the following to Be true to the Best of my understanding and I will testify to the Details in Complaint if Need Be.

_____
Signiture

_____
1.9.21
DAte

John Gillespie
Printed

I Kenneth Kyle _____ contracted covid-19 while in The custody of M.R.R.J Due to The Following unsanitary conditions of The Jail and For Not Being able to Social Distance Due to Jail Policies See. Detailed Description attached to Complaint

I Swear under perjury That Following to Be true to The Best of my understanding and I will testify to the Details in Complaint If Need to Be

_____
Signiture

_____
1-9-21
Date

Kenneth Kyle
Name Print

I ___Anthony Brement___ Contracted covid 19 while in The custody
Name

of M.R.R.J Due to The Following unSanitary Conditions of
The Jail and for Not Being aBle to Social Distance Due
to The Jail Policies: See Detailed Description
attached to complaint:

I Swear ~~&~~ under PerJury That The following to
Be true to The Best of my understanding and I
will testify to The Details in complaint if need
Be

___Anthony Brement___
Signiture

___01-09-2021___
Date

___Anthony W Brement___
Name Printed

I <u>Scott Daniel McCray</u>     Contracted Covid 19 while in The
     <u>Name</u>
custody of M.R.R.J Due to The following unsanitary conditions
of The Jail and For Not Being aBle to Social Distance
Due to Jail Policies. See Detailed Description
Attached to complaint:

   I Swear under perJury That The following to
Be true to The Best of My understanding and
I will testify to The Details in complaint if
Need Be

<u>dext D mcry</u>                              <u>1-9-21</u>
Signiture                                      Date


<u>Scott D. McCray</u>
Name Printed

I Luis Jaime contracted Covid 19 while in the
_____
Name

custody of M.R.R.J Due to the following unsanitary
conditions of the Jail, and for Not Being aBle to Social
Distance Due to Jails Policies: See Detailed Disciiptions
attached to Complaint

   I Swear under Perjuy that the following to
Be true to The Best of my understanding and I
will testify to the Details in complaint if Need Be

Luis a Jaime
_____
Signiture

1/9/2021
_____
Date

Luis a Jaime Blas
_____
Printed Name

I Justin Morrison Contracted Covid 19 while in the custody of M.R.R.J Due to the Following unsanitary conditions of The Jail and For Not Being aBle to Social Distance Due to Jails Policies: See Detailed Description attached to complaint

    I Swear under perjury That The Following to Be true to The Best of my understanding and I will testify to The Details in complaint if Need Be

_____
Signiture

_____1/9/21_____
Date

_Justin morrison____
Printed Name

I Kareem Contracted Covid while in The custody of M.R.R.J Due to The following unsanitary conditions of The Jail, and for Not Being aBle to Social Distance Due to Jails Policies. See Detailed Discription Attached to complaint

I Swear under PerJury That The Following to Be true to The Best of my understanding and I will testify to The Details in complaint if Need Be


_Kareem Crawford_
Signiture

_01/09/2021_
Date


_Kareem Crawford_
Print Name

Daniel Halter
middle River Regional Jail
350 Technology Dr.
Staunton, VA 22401

THIS PERSON IS AN
INMATE IN MIDDLE RIVER REGIONAL JAIL

United States
Office of
210 Franklin
Roanoke, V



District Court

he Clerk.

Rd Rm #540

a 24011