~~In the United States District Court~~
For the ~~Western~~ District of Virginia
Roanoke Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 29 2021

JULIA C. DUDLEY, CLERK
BY: A Beeson
DEPUTY CLERK

"Daniel Norbert Halter" (Representing, class,
~~Plaintiff~~

Civil Action No.

7:21CV63

| | |
|---|---|
| Jason Vaughen | |
| Chris Blankenship | |
| Kim Campell | Leroy Benton |
| Nelson Levia | Marquis Veney |
| Christopher Balser | Brett Rhodes |
| Daniel Goepel | John Gillespie |
| Shane Campbell | Kenneth Knight |
| Robert Dyson | ~~Anthony Be~~ |
| Scott Baber | Anthony Brement |
| Asher Amporful | Scott Mccray |
| Loren Varner | Luis Jaime Blas |
| Anthony Bender | Justin Morrison |
| Marco Hernandez | Kareem Crawford |
| Roy Jackson | Justin Bradley |
| Travis Blackwell | |
| Michael Summers | |
| Darius Swales | |
| Derek Allen | |
| ~~Cody Duty No~~ | |
| Gary Norcross | |

~~xxxxxxx~~, class members

Middle River Regional Jail Authorities = M.R.R.J.A
Augusta County, Rockingham County, City of Staunton
City of Waynesboro, City of Harrisonburg, Superintendent Jeffrey Newton
~~Defendants~~ in their official capacity, and or municipalities
    Defendants,

Breif and motion

Now comes The Plaintiff Daniel Norbert Halter The 22 day of January 2021 year of our lord, Bring His complaint under USC. 1983, venue is proper for plaintiff is Housed A middle River Regional Jail. under prison litigation Reform act plaintiff Has exausted all grievance procedure, And Now Requests The HonoraBle courts Bring his action under Civil Rights complaint. Also Request That plaintiff Be forwarded The The following application to Proceed in forma pauperis Also Request That The courts Allow The courts to Certify This as class action, and Also Request The HonoraBle courts to Allow an INJuction to Release plaintif, and prevent irreparable Harm.

I will Now Proceed in The form of proffer, And Bring to light How Defendants violated plaintifs constitutonal Rights 8th ammendment cruel and unusal punishment. Back in December plaintitts contracted covid 19. it went from 1 inmate to 43 in 7 days. testing possitive with Symptoms, eighth ammendment protects inmates to Be Held in Safe conditions, Protecting case law See Youngberg V. wolfish Holding That pretrial Detainess may Be Held in custody So long as Thoes conditions and Restrictions of confinment do Not ammount to punishment.
Defendants acted in Their official capacity and By creating implementing policies and practices ~~Have~~ Shull

By The ammont of time working hear and of Designing Jails and Rules to Plotect Inmates, AS any proffesional establisment, shall use common scence, AND Not disregaurd The Health and Safety of inmates as exsplained in greviances. And As muking Comments like "You are going to get Covid any way, or why should I change my gloves after every pill call cup touched, is No Diferent Then saying why Should I change my gloves after every surgery I perform, This State of mind Threu out The entire course of action up to date Demonstraits Defendants Reckless State of mind to protect plaintiffs.

Request For class action Request. in light met Requirmens for Certification Because The overall Subclass consisted of Hundreds of inmates, "out side of The 31 Sworn Statments attached." All of which Have Been "exsposed and "tested positive" For Covid 19 and That Covid 19 Causes irapuraBle Harm in The Future, Such as loss of taste oR Smell, And as Published in "ANNals of Neurology can Hurt Your Brain Neurological Symptems, autoimune reactions, organ Failur, Defendants Failure to Protect inmates From virus Satifys (Fed. R. Civ p 23 (B) (2) Plaintiff are entitled to inJuction Relief because Plaintiff Has Demonstrated A likelihood of Success Based on Sufficient Serious medical Need in The Future, presented By covid.19 virus and The DiliBerate indiference Shown by Defendants in Failing to follow clear guidelines From Center From Disease Control. Pettitiones

Be Held liaBle. under 13 B.M.J municipal Corporations § 108 Hospitials and prisons) States "where A municipal corporation estaBlishes A Jail under The Authority of a State law giving The city permissive Power only. where The Jail was Not SuBJect to State Regutation as Regards to health and Sanitation, failure By The municipal corporation to maintain A Jail properly is grounds for Damages for inJury to Prisoners due to unsanitary conditions of a Jail.

Defendants policies as far as laundry collection and DistrcBution, cross contaminating clean laundry By acts of whereing Dirty gloves, gloves worn to collect Dirty laundry, also This Same act when it comes to DistrcBution of medication By Staff, and A policies That has Been changed, Milk DistrcBution, and Having to where the Same JumpSuit for 5 days. This and other Rules and Reguations Such as mandatory to Stand for count, and where Jumpsuits in day areas, But not Mandating covid 19 masks to Be worn By inmates, or Social distancing Demonstraits Staff Have The aBility to create policies and punishments to enfurce Rules, But Not to create mandatory policies to Protect inmates Health and Saftey as far as Social Distancing and mask wheïng, and Staff Not Being trained in cross contamination, National guard Had to where PPE Suits when They enterd The Jail But NOT M.R.RJA Staff Demonstraits The Defendants where and are unaBle to take even The Basic Percautions aginst The

Virus. Defendants where aware of the Risks
and Disregarded Thoes Risks and acted with deliberate
indifference to Plaintiffs Health and Safety.
Examples Staff created Ruls in Hand Book that
Prevents inmates from tattooing, and it caught Requires
a Punishment. This Being is Because of contamination
and spread of Diease. Covid 19 is a Serious virus
and Staff Did not create policies to mandate mask
wherring and other forms of protection That can
Be inforced as other Rules are inforced.
And to Show That The Defendants acted with a
culpable State of mind, The courts shall look at
The Defendants entire course of action Befor and
after The out Break, Greviances and 31 Sworn
Statements aggreing to testify to The unSanitary conditions
of The Jail and contracting Covid 19 while in custody
will Demonstrait The State of mind and How Defendants
Failed to Protect.
Threw Theese Policies and overall course of conduct
By Defendants Shown Repeated failures to enact
adequate Social Distancing measures "That Betrayed
a Systematic, Inst. pattern of Dillberate indifference.
Allthough A facility Faced with A perfect Storm
of contgious virus and Space Constraints in a facility
whould take more Then following "C.D.C" And
Health Department guidlines, Staff and or Defendants
taking on Roles of Administraitors, and Professionals

Have met The 9 common contention of Such, Have Suffered. The Same injury That is capable of class wise Resolution This class action Request will generate common answers That are likely to Drive Resolution of The lawsuit The class members are fairly encompesed By The named Plaintiffs claim.

Request for INJuction
unSanitary conditions of A Jail Becoming Breeding grounds for Deadly virus as covid 19 Impacts The public Because any virus contracted in a facility can Be spread threw out The comunity upon Release In light Plaintiff Bring action on Behalf of Self and class of all current and Future inmates medically affected, and vulnerable, also to protect class and Plaintiff in Resault Their are Future irraparible Harm From Defendants exposing class to Covid 19

Request Restraining order, Preliminary injuctions Permenant injuctions Requiring Respondents to identify with in 24 hrs of court order and Submit To The Courts a list of all medically vulnerable, and inmates That tested positive for covid 19 And to Release Pretrial detainess within 24 hrs So One can receieve Proper medical treatment for Symptoms of irreparable harm from Jail conDitions order to ensure mandatory Social distancing, mask wearing for Future protection. Staff to not cross

contaminate inmates threw lack of Knowledge, for staff to take cross contamination certifications.
Request A Jury trial
And Defendants to Pay 90 million Dollars in punitive damages, mental, emotional, pain and suffering, and Also to set up accounts to pay for class and plaintiffs medical conditions that may come up in the future As Result of covid 19 exsposer.
Request lawyer and part of injuctions for Deffendants to implement New policies And Percautions Demonstrating How They are resolving the issues At hand. Also to stop 90 millon exspansion By Jail.
I Swear under perjoury that the following to Be true to the Best of my under standing. And That I Have Personally witnessed How the Jail Has not Protected the Health and Safety of class and plaintiff. Sworn under God

Signiture _____                        1-22-21
                                                    Date

Daniel Halter

I Shane Campbell contracted covid 19 while in the custody
Name
of M.R.R.J Due to The following unsanitary conditions of
The Jail, and For not Being aBle to Social Distance Due
to Jails policies: See Detailed Discription attached to
complaint

I Swear under perjury That The Following to
Be true to The Best of my understanding and I
will testify to The Details in complaint if Need Be

_____                    _____
Signiture                                     1/8/21
                                              Date

Shane Campbell
Name printed

Daniel Halter
Middle River Regional Jail
350 Technology Dr.
Staunton, Va 22401

**THIS PERSON IS AN
INMATE IN MIDDLE RIVER REGIONAL JAIL**

United States
Office of
210 Franklin
Roanoke, V



District Court
he clerk.
Rd Rm#540

a 24011