IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DANIEL N. HALTER, *et al.*, | ) |
|     Plaintiffs, | ) Civil Action No. 7:21cv00063 |
| v. | ) **MEMORANDUM OPINION** |
| MIDDLE RIVER REGIONAL JAIL AUTHORITIES, *et al.*, | ) By: Hon. Thomas T. Cullen </br>       United States District Judge |
|     Defendants. | ) |

Plaintiffs filed this civil action under 42 U.S.C. § 1983. By orders entered September 15, 2021, the court conditionally filed this action as to plaintiffs Dyson, Hernandez, Norcross, Benton, Veney, Rhodes, Vaughan, Balser, and Goepel, and directed them to provide the court with certain financial documentation within 20 days. (*See* ECF Nos. 18, 23, 29, 30, 31, 32, 40, 43, and 44.) The court warned the plaintiffs that failure to comply with the court's order would result in dismissal of their case. (*Id.*) More than 20 days have elapsed, and plaintiffs Dyson, Hernandez, Norcross, Benton, Veney, Rhodes, Vaughan, Balser, and Goepel have not responded to the court's order. Accordingly, the court will dismiss these plaintiffs from this action without prejudice for failure to comply with the court's order. The court notes that this dismissal is without prejudice to the plaintiffs' opportunity to refile their claims in separate civil actions, subject to the applicable statute of limitations.

**ENTERED** this 13th day of October, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE