CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 15 2021
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DANIEL N. HALTER, *et al.*, | ) | |
| Plaintiffs, | ) | Civil Action No. 7:21cv00063 |
| v. | ) | **MEMORANDUM OPINION** |
| MIDDLE RIVER REGIONAL JAIL AUTHORITIES, *et al.*, | ) | By: Hon. Thomas T. Cullen<br>United States District Judge |
| Defendants. | ) | |

Plaintiffs filed this civil action under 42 U.S.C. § 1983. On February 26, 2021, orders mailed to plaintiffs Blas and Campell were returned to the court as undeliverable and with no forwarding addresses. (*See* ECF Nos. 7 and 9.) Thereafter, the court conditionally filed this action on September 15, 2021 as to plaintiffs Morrison, Summers, Bender, Blankenship, Swales, Gillespie, Blackwell, Bradley, Allen, Crawford, Baber, Levia, Varner, Brement, Campbell, Amporful, and Knight. (*See* ECF Nos. 17, 19, 20-22, 25-28, 33-35, 37-39, 41, and 42.) On October 5 and 7, 2021, the orders were returned to the court as undeliverable and with no forwarding addresses. Because the court has no current address to contact these plaintiffs, they will be dismissed without prejudice from this action. The court notes that this dismissal is without prejudice to the plaintiffs' opportunity to refile their claims in separate civil actions, subject to the applicable statute of limitations.

**ENTERED** this 15th day of October, 2021.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE