IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROY JACKSON,<br>　　　Plaintiff, | Civil Action No. 7:21-cv-00063 |
| v. | **MEMORANDUM OPINION** |
| MIDDLE RIVER REGIONAL JAIL<br>AUTHORITIES, et al,<br>　　　Defendant(s), | By:  Thomas T. Cullen<br>United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint under 42 U.S.C. §1983.  By order entered December 14, 2021, the court directed plaintiff to submit, within 30 days from the date of the order, the required certified inmate account statements, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that period.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court will dismiss the action regarding Roy Jackson without prejudice.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTERED this 20th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas T. Cullen*
　　　　　　　　　　　　　　　　　　　　　United States District Judge